## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Pierre M. Prioleau　　　　　　　　　　: CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　Debtor(s),　　　　　　　　　　　　　　 : CASE NO.: 19-12108

## CERTIFICATION OF SERVICE

　　　　Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtors Amended Plan, filed on 2/25/2020, upon the following individuals listed below, by electronic means and/or first class mail.

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
P.O. Box 4010
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Pierre Prioleau
5314 Priscilla Street
Philadelphia, PA 19144

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:  February 26, 2020　　　　　　　　　　　/s/ Michelle Lee
　　　　　　　　　　　　　　　　　　　　　　　Michelle Lee, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Georgette Miller, Esq., P.C.
　　　　　　　　　　　　　　　　　　　　　　　119 S. Easton Rd.
　　　　　　　　　　　　　　　　　　　　　　　Glenside, PA 19038

{00356517;v1}