```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 19-12108-jkf
Pierre M Prioleau                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2      User: Christina           Page 1 of 2         Date Rcvd: Apr 09, 2020
                          Form ID: pdf900           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Pierre M Prioleau,    5314 Priscilla Street,    Philadelphia, PA 19144-3913
14300242       +Dmi/santander Bank Na,    75 State St,    Boston, MA 02109-1827
14431123       +HABITAT FOR HUMANITY PHILADELPHIA, INC.,     CO Kevin G. McDonald, Esquire,   KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
14340470       +Habitat For Humanity Philadelphia Inc.,     c/o Santander Bank, N.A.,
                 1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
14300244       +Mrs Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14304474       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14334350        SANTANDER BANK, N.A.,    C/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 10 2020 04:47:24
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14396502        E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:24      City of Philadelphia,
                 Law Department - Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14300240       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 10 2020 04:46:21      Capital One Auto Finan,
                 Po Box 259407,    Plano, TX 75025-9407
14303022       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 10 2020 04:47:24
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14309586       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 10 2020 04:47:24
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
14300241       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 10 2020 04:47:29      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14300243       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2020 04:50:37      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14300246        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:47:26       Portfolio Rc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14340455        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:46:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14300245      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Christina              Page 2 of 2                  Date Rcvd: Apr 09, 2020
                                  Form ID: pdf900              Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
          GEORGETTE   MILLER    on behalf of Debtor Pierre M Prioleau mlee@margolisedelstein.com,
           georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
           fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    HABITAT FOR HUMANITY PHILADELPHIA, INC.
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          ROBERT J. DAVIDOW    on behalf of Creditor    SANTANDER BANK, N.A. robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :    Chapter 13

PIERRE M PRIOLEAU

        Debtor(s)                     :    Bky. No.  19-12108  -JKF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: April 9, 2020**

                    **JEAN K. FITZSIMON**
                    **U.S. BANKRUPTCY JUDGE**