United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pierre M Prioleau  
    Debtor

Case No. 19-12108-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db          +Pierre M Prioleau,   5314 Priscilla Street,   Philadelphia, PA 19144-3913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

         GEORGETTE MILLER    on behalf of Debtor Pierre M Prioleau mlee@margolisedelstein.com, georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    HABITAT FOR HUMANITY PHILADELPHIA, INC. bkgroup@kmllawgroup.com  
         MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         ROBERT J. DAVIDOW    on behalf of Creditor    SANTANDER BANK, N.A. robert.davidow@phelanhallinan.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                             TOTAL: 9

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              April 23, 2020

To: GEORGETTE MILLER
    100 CENTURY PARKWAY
    SUITE 200
    MOUNT LAUREL, NJ  08054
                                    In re: PIERRE PRIOLEAU
                                    Bankruptcy No. 19-12108JKF
                                    Adversary No.
                                    Chapter 13


     Re APPLICATION FOR COMPENSATION

The above pleading was filed in this office on 4/20/2020.  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

              ()    Affidavit
              ()    Certificate of Service
              (X)   Certification of no response
              ()    Notice pursuant to Rule 9019
              ()    Notice pursuant to Rule 2002
              ()    Notice pursuant to Rule 3007.1
              ()    Proof of Claim number not noted on
                         objection pursuant to Rule 3007.1(a)
              ()    Proposed Order
              ()    Stipulation
              ()    Certification of Default
              ()    Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                              Timothy B. McGrath
                              Clerk



                              By: Tina Jackson
                                  Deputy Clerk

status.frm
(rev. 11/26/2018)
```