# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Pierre Prioleau | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 19-12108 |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4250.00.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $640.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge

Dated:  April 5, 2020

cc:    Scott Waterman
       Chapter 13 Trustee
       2901 St. Lawrence Avenue, Suite 100
       P.O. Box 4010
       Reading, PA 19606

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Pierre Prioleau
       5314 Priscilla Street
       Philadelphia, PA 19144

{00377317;v1}