| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12108-AMC**

PIERRE M PRIOLEAU
5314 PRISCILLA STREET
PHILADELPHIA  PA    19144

Petition Filed Date: 04/02/2019
341 Hearing Date: 05/31/2019
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/ 9/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/10/2019 | $500.00 | 25877838723 | 10/02/2019 | $500.00 | | 11/04/2019 | $250.00 | |
| 12/03/2019 | $250.00 | | 01/22/2020 | $252.00 | 19031221563 | 04/20/2020 | $530.00 | |

**Total Receipts for the Period:  $2,282.00    Amount Refunded to Debtor Since Filing:  $530.00   Total Receipts Since Filing: $2,282.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGETTE MILLER ESQ | Attorney Fees | $3,610.00 | $1,593.08 | $2,016.92 |
| 0 | PIERRE M PRIOLEAU | Debtor Refunds | $530.00 | $530.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,282.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $2,123.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $158.92 | Total Plan Base: | $15,002.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.